# United States Court of Appeals for the Fifth Circuit

———————

No. 23-60167

———————

Illumina, Incorporated; GRAIL, Incorporated, *now known as* GRAIL, L.L.C.,

*Petitioners,*

*versus*

Federal Trade Commission,

*Respondent.*

———————

Petition for Review from an Order of the
Federal Trade Commission
Agency No. 9401

———————

## UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges.*

Per Curiam:*

IT IS ORDERED that Petitioners' opposed motion to expedite the proceeding is GRANTED.

———————

* Judge Graves would deny the motion.