# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2023

Mr. Michael Egge
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Ms. Sharonmoyee Goswami
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

Mr. David Johnson
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000
Washington, DC 20004-1304

Mr. David Marriott
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

Mr. Alfred Carroll Pfeiffer Jr.
Latham & Watkins, L.L.P.
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Ms. Anna M. Rathbun
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000
Washington, DC 20004-1304

Ms. Marguerite M. Sullivan
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000

Washington, DC 20004

Ms. Christine Varney  
Cravath, Swaine & Moore, L.L.P.  
825 8th Avenue  
World Wide Plaza  
New York, NY 10019

Mr. Jesse Weiss  
Cravath, Swaine & Moore, L.L.P.  
825 8th Avenue  
World Wide Plaza  
New York, NY 10019

Mr. Michael J. Zaken  
Cravath, Swaine & Moore, L.L.P.  
825 8th Avenue  
World Wide Plaza  
New York, NY 10019

　　　No. 23-60167　　Illumina v. FTC  
　　　　　　　　　　　USDC No. 9401

Dear Mr. Egge, Ms. Goswami, Mr. Johnson, Mr. Marriott, Mr. Pfeiffer, Ms. Rathbun, Ms. Sullivan, Ms. Varney, Mr. Weiss, and Mr. Zaken,

In light of the court order of April 18, 2023 granting the motion to expedite the above captioned appeal, please adhere to the following expedited briefing schedule.

- Petitioner brief is due on 05/05/2023
- Respondent brief is due on 05/15/2023
- Petitioner reply brief is due on 05/22/2023

Record Excerpts: 5TH CIR. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

Brief Covers: THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.

Dismissal of Appeals: The clerk may dismiss appeals without notice if you do not file a brief on time, or otherwise fail to comply with the rules.

Appearance Form: If you have not electronically filed a "Form for Appearance of Counsel," you must do so within 14 days of this date. You must name each party you represent, See **FED. R. APP. P.** and **5TH CIR. R.** 12. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

ATTENTION ATTORNEYS: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

**Guidance Regarding Citations in Pleadings.**

**5TH CIR. R.** 28.2.2 grants the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the proper citation format when citing to the electronic record on appeal.

A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record. For example, "ROA.13-12345.123.".

C. Please note each individual citation must end using a termination of a period (.) or semicolon (;).

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is

the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Majella A. Sutton, Deputy Clerk
          504-310-7680

Enclosure(s)

cc w/encl:
    Mr. Matthew Michael Hoffman

Case No. 23-60167

Illumina, Incorporated; GRAIL, Incorporated, now known as GRAIL, L.L.C.,

    Petitioners

v.

Federal Trade Commission,

    Respondent