# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

**REVISED**
April 25, 2023

Mr. Michael Egge
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Ms. Sharonmoyee Goswami
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

Mr. David Johnson
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000
Washington, DC 20004-1304

Mr. David Marriott
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

Mr. Alfred Carroll Pfeiffer Jr.
Latham & Watkins, L.L.P.
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Ms. Anna M. Rathbun
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000
Washington, DC 20004-1304

Ms. Marguerite M. Sullivan
Latham & Watkins, L.L.P.
555 11th Street, N.W.
Suite 1000

Washington, DC 20004

Ms. Christine Varney
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

Mr. Jesse Weiss
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

Mr. Michael J. Zaken
Cravath, Swaine & Moore, L.L.P.
825 8th Avenue
World Wide Plaza
New York, NY 10019

No. 23-60167    Illumina v. FTC
                Agency No. 9401

Dear Mr. Egge, Ms. Goswami, Mr. Johnson, Mr. Marriott, Mr. Pfeiffer, Ms. Rathbun, Ms. Sullivan, Ms. Varney, Mr. Weiss, and Mr. Zaken,

**Please see the revised expedited briefing schedule.**

In light of the court order of April 18, 2023, granting the motion to expedite the above captioned appeal, please adhere to the following expedited briefing schedule.

- Petitioners brief is due on 06/05/2023
- Respondent brief is due on 06/26/2023
- Petitioners reply brief is due on 07/11/2023

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is

the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Majella A. Sutton, Deputy Clerk
                                          504-310-7680

Enclosure(s)

cc w/encl:
    Mr. Matthew Michael Hoffman

Case No. 23-60167

Illumina, Incorporated; GRAIL, Incorporated, now known as GRAIL, L.L.C.,

    Petitioners

v.

Federal Trade Commission,

    Respondent