# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 08, 2023

Mr. John Mercer Masslon II
Washington Legal Foundation
2009 Massachusetts Avenue, N.W.
Washington, DC 20036-0000

    No. 23-60167   Illumina v. FTC
                 Agency No. 9401

Dear Mr. Masslon,

We have reviewed your electronically filed Amicus Brief and it is sufficient.

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Majella A. Sutton, Deputy Clerk
                                      504-310-7680

cc:
    Mr. Benjamin Atlas
    Mr. Michael Egge
    Mr. Gregory George Garre
    Ms. Sharonmoyee Goswami
    Mr. Matthew Michael Hoffman
    Mr. David Johnson
    Mr. David Marriott
    Mr. Alfred Carroll Pfeiffer Jr.
    Ms. Anna M. Rathbun
    Mr. Antony Ryan
    Ms. Marguerite M. Sullivan
    Ms. Christine Varney
    Mr. Jesse Weiss

Mr. Michael J. Zaken