# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2023

Mr. Seth David Greenstein
Constantine Cannon, L.L.P.
1001 Pennsylvania Avenue, N.W.
Suite 1300 N
Washington, DC 20004-2579

    No. 23-60167   Illumina v. FTC
                       USDC No. 9401

Dear Mr. Greenstein,

We received your paper amicus brief.

You need to correct the following: Paper briefs must be single sided.  Corrected paper copies are due in this office no later than Friday August 11, 2023.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Shirley M. Engelhardt, Deputy Clerk
                    504-310-7631